

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9008

May 30, 2017

**VIA HAND DELIVERY**
Maria E. Blanco

FILED BY __TB__
Deputy Clerk
**May 31, 2017**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

RE: **Target Letter of Investigation**

Dear Mr. Blanco:

This is to inform you that you, Maria E. Blanco, are currently the target of a Federal investigation underway in the Southern District of Florida, Miami Division. At this time, we are investigating allegations of violations of Title 18, United States Code, Section 1956, conspiring to commit money laundering, and Title 18, United States Code, Section 1320, conspiring to commit healthcare fraud, among others.

I am handling the prosecution of this matter and am preparing to present an indictment to the grand jury.

If prior to indictment, you would like to discuss this matter or the possibility of settling this matter, please contact Special Agent Fernando Porras from the U.S. Department of Health and Human Services, Office of Inspector General. Should you wish to discuss this matter, it is imperative that you contact us as soon as possible.

Sincerely,

Wifredo A. Ferrer
United States Attorney

By: *[signature]*
Michael B. Nadler
Assistant United States Attorney