# MINUTE ORDER

Page 13

## Magistrate Judge John O'Sullivan

**Atkins Building Courthouse - 5th Floor**   Date: 06/06/17   Time: 1:30 p.m.

Defendant: MARIA E. BLANCO   J#: Not in cust.   Case #: 17-2781-O'SULLIVAN

AUSA: Tim Abraham   Attorney: _____

Violation: TARGET OF INVESTIGATION   Surr/Arrest Date: ___   YOB: ___

Proceeding: Report RE: Counsel   CJA Appt: (Isabetta) Jason P. Grey

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: _____

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Δ sworn.
CJA cnsl to be apptd.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 14:15:23   Time in Court: 5

s/John J. O'Sullivan   Magistrate Judge